1:09-cr-126 ①

mr collier

I have not receaved my anser or other proceedings from the US Atterny orderd by Judge collier on 6/19/18 and it is now 7/23/18. 5 days past the 30 day deadline. I dont want to cause any problems for that but I do a request a lawyer so I can better understand how all this prosess works. And to help me with this 2255 and appeal. Another inmate helped me with the motion so I realy am not legal savy. Im in segrigation for atleast 10 more months. I lost my phone privlages and have no one to help me on the street. Ive ben indagent for more than a year I am negative 7 dollers on my comasary account becaus I owe 7 dollers for coppies for my motion "2255". And Its hard to get into the law library. I Just found out the 10th circut found 18 USC 924(C)(3)(B) void for vaugeness may 4th 2018. that is the provishon used to give me a 924(C) inhancement becaus I have "Attempted" bank robery. Thats what I was waiting on. that law or provishon was struck down becaus of 18 USC 16(b) wich was struck down in dimaya in april 17th 2018 wich it sais in my 2255.

next page

FILED
AUG 09 2018
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

RECEIVED
JUL 24 2018
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga



If my count one was bank robbery then the 924 inhancement might stand but I have Attempted bank robery. I didn't even go in the bank. And this 924(c)(3)(B) was to vauge becaus of the fisicol force that "could be used" in comitting the crime. 924(c)(3)(B) is the risidual Clause definition of a crime of violence that Sais "Attempted" bank robery is "was" a crime of violence. Attempted, aiding and abetting or conspiracy to comit a crime falls under 924(c)(3)(B) why?
Becaus there wasn't enuff real world facts and all that could be said was "Violence "could" happen. Some one "could" have been hurt. Thats why they are saying Void for "vauguness".
I like useing my non strip mitchell rill and my 90lbs spider wire to catch catfish by the dangerous waters below the dam. When my wife "almost" got draged into the water by a big fish becaus she was too excited to let go, I didn't press charges on the makers of the non slip ril, the non break line or the dam for letting us fish that close. no one got charged with attempted murder on my wife. If there was a law that supported such bull I'm shore someone with a good sence of justice and someone with honer like yourself would strike it down

Just like they did with 924(c)(3)(B)
I have alot of work to do to restore my famley name. And it going to take a long time Im 42 now. I dont know if I'll be able to get it done but I'd like to start as soon as posable please.

Thanks
John F, Thomas
42426-074
1:09-CR-126-CLC-CHS-1
1:18-CV-106-CLC

John F Thomas 42426-074
United States Penitentiary
Po. Box. 1000
Lewisburg PA 17837