Mr Collier

The US Atturny thinks that becaus I didn't adress some of his frivioulus objections or argumemants to my 2255, he thinks that I must agree. he sais you shouldnt let people comit pagery so redaly by pleading guilty then not. Hes trying to twist my words and hes triing to bend the justice sistom to his will. If he was doing what the tax payers payed him too he would reserch his case law. He would know that the US court of appeals for the 10th circut rulled that 924(c)(3)(B) void for vageness. in Salas v. U.S. on may 4th 2018 Becaus of the dimaya case. Becaus the sapreom court found 16b void for vaugness that led the 10th circut to also find 924(c)(3)(B) void for vaugness.

The US Attorney does his argument no good by reminding the court I didn't use or threaten to use the shotgun. I wasn't charged with a bomb. I said nothing about a shotgun in my note. the teller sais she seen a shotgun in the car or in my lap. I have to wonder was she cowarst to say that to scare me into sighning a plea of guilty?

RECEIVED
JUL 30 2018
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

he said I plead guilty. I did plead guilty to laws and the provishons that were found solid and true by the sapreme court back in 2009 and 2010. Back when I plead guilty. Now its 2018 and those same laws and provishons that it was constatutional are not now constatoshonal. that provishon 924(C)(3)(B) is void for vaugeness

It is despicable and disrespectfull for the US Attorney to make me of lowe education to do all his reserch for him. I have limatid rososers and Im in a lock down facilaty, and Its very hard to get to the law library. It takes me a while to even understand alittle of this case law and its a fact that 924(C)(3)(B) is void for vaugeness becaus of Salas. that is a result of Dimaya and that is in some result of Jonson. I dont have a team of paralegals to do my work for me. like the smug US Attorney does. And they still came up with nothing. it even looks lame on papper. he admited that 924(C)(3)(B) is a provishon used to gage what "Could" have happend. There is no real world facts in my case. I was caught in the woods later that day with a shotgun.

③

Could she see in my car. did she even see a shotgun. no becaus to be honest it was under the seat. she said she saed what apears to be a sootcase. meaning she didn't know what it was. It was a army backpack. I'd say it took up most of the pasenger seat. so if she couldn't recognise something that was that big how did she recognize the "Sawed off shotgun" and it was only a 410 and it was small. and it wasnt in my lap. it was under the seat. I didn't need the shotgun. I wasnt triing to rob the bank. But thats what is important to the US Attorney. painting a picture of violence Wether he has to comit perjory to do it and then acuse me of perjery.

The bottom line is in 924(C)(3)(B) the prosicuter used to be able to make up a bunch of senarios. were violence or the like could have insued and he used to be able to compair made up senarios with real world facts or previous cases that was close or how a crime could have caused harm. And hes still triing to bring a provishon back to life that is already dead. 924(C)(3)(B) is void for vaugeness

Notice he never denied that 924(C)(3)(B) was used in my case

Case 1:09-cr-00126-CLC-CHS   Document 64   Filed 08/09/18   Page 3 of 5   PageID #: 236



he cant fight that fact. theres too much guesswork at play in my case. Ive come to respect the justice sistom becaus without it were would we be. And I love Tennessee and am proud of everything in it as well as the 6th circuit becaus all parts of Tennessee defins who we are and we are a part of this beautifull country. This 924(c)(3)(B) provishon was struck down Becaus men of this country with a great sence of fairness decieded that it was the right thing to do. Men that beleave in justice. You are those men mr collier When you agreed with my plea and sentenced me you agreed with that plea under sound laws and provishons back in 2010 Now in 2018 those laws are not sound and constatushonal. This hapining is not a set back this isn't a loss for the government. This is the chance to strinkthen laws not weeken them. 924(c)(3)(B) was a mistake. evryone makes them. Our government and conchry are only a baby compared to all othes. Our constutoshon is only 240 years old. less realy Mr fords first car wasn't at all perfect.

I think you know what to do here your honor. and please keep our US Atterney Mr Querbey from making us all in the 6th circut to look stupid.

he thinks his smug and disrespatfull aditude makes him look smart and asture. We in tennessee are represented by him he is "for the people" of Tennessee and I'd hope him to realize fighting for a conviction and fighting for whats right is not always the same thing. I'm shore its wonderful to be able to say all the convictons he can get to the boys down at the club but a good nights sleep and a fealing of real peace only comes from a job well done with honesty and with doing what you know is right no mater what others think. When I have a bad aditude its usly realy becaus I've not ben happy with myself.

When he sais your honor shouldnt do this or should do that like with the pergory convict or like the convict I repeted of his at my sentincing saying "I think you know what to do here your honor" I only repeted it to bring this up. he's leading you and trying to minipalate your decishon. Saying you may not know what the law is.

You Sir didn't become a Judge becaus someone could atatch strings to your arms you are a United States Fedaral Judge becaus of your sence of justice, your knoladge and want of such of that knoladge, ~~but~~ your sence of right and rong and the use of your own brain. You Sir represent me my fello men my State and Country and we are all prowd of that and you Respectfully John T