1:09-CR-126
1:18-CV-106

# Mr Collier

This is very important sir and is most urgent to my case. My intention is not to waste your time.

I didn't have the money on my account to print this becaus I'm indaggent, but this is word for word off the crimanal law reporter on our computers. If you reserch it you will see for yourself.

It said
"Violence law struck down after hie court vaugeness ruleing."

"A recent US sapreaml court decishon striking down a vauge imagration law led the US court of appeals for the 10th Circut May 4th, to strike down a simalar crimanal law.

The hie courts april 17th due prosess ruling in seshons v. dimaya, tossing crime of violence language in the imagration law, prompted the 10th curcut to do the same with a crimanal provishon 18 USC § 924(c)(3)(B)

former 10th curcut judge now Justice Niel M. Gorsuch Joined the courts 5-4 ruling for the imagrant in dimaya. Cheaf Justice John G. Roberts JR warned in decent that the ruling could be used to strike down other laws like the one the 10th curcut tossed here.

Next Page

The law here used to punish Clifford Raymond Salas for firebombing a tattoo parlor with a molitov cocktail. It was a destructive device, used to comit a crime of violence under the criminal law.

But the crime of violence language is too vauge under the <u>Identicly worded</u> crimanal law for the same reason it was too vauge under the imagrashon law in dimaya. Judge paul J. Kelly JR wrote for the court." end quote
U.S. v. Salas 2018 BL 158863
10th circut 16 2170    5/4/18

Mr Collier. I know Ive writen a fue times and I know your very buisy. I mean no disrespect. Please take this into consideration. 924(U)(3)(B) the residual claus definishon of a crime of violence. <u>It had to be used</u> in my case to destinguish what "could have happend as a basis to give me a 924(C) inhancement. 924(U)(3)(B) was a definishon saying a substatial <u>risk</u> that physical force "<u>May be used</u>" in the course of comiting the underlying crime. "Attempted bank Robery"

③

Saying there is a "risk" that force "may be" used in the course of the Attempted bank Robery is too speculative. there is a "risk" the world will end tomarow. The moon "may be" shot out of the sky tomarow but there is no real world facts.

Alot of peoples 924c inhancements still stand becaus of the use of force 924(C)(3)(A) law. 924(C)(3)(B) doesn't invalidate all inhancements.

Any 924c inhancement that is bound to the underlying charge by this vauge definishon 924(C)(3)(B) Is unconstatushonal.

Meaning Prosicutes can no longer use 924(C)(3)(B) as a tool to build a "what if" senario. My crime was all "what ifs."

Mr Collier thank-you for your time and considering these issues.

John Floyd Thomas
42426 074
July/28/2018

1:09-CR-126
1:18-CV-106